UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61475-CIV-SINGHAL

BLAETEN CAINE, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MANAGED CARE OF NORTH AMERICA,
INC., MCNA INSURANCE COMP ANY, and
MCNA HEALTH CARE HOLDINGS, INC.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. This action is related to Case No. 23-61065-CIV-SINGHAL. The Court, having reviewed the record and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this action is related to and shall be **CONSOLIDATED** with Case No. 23-61065-CIV-SINGHAL in accordance with the Order Granting Motion to Consolidate Cases (DE [27]) entered on July 14, 2023. All pleadings filed after this date shall bear case number 23-61065-CIV-SINGHAL. The Clerk of Court is directed docket this order in Case No. 23-61475-CIV and Case No. 23-61065-CIV and to **CLOSE** this 23-61475.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of October 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF